Case No. 24-6153

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

DIEGO PAVIA

    Plaintiff - Appellee

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

    Defendant - Appellant

Upon consideration of the motion for leave to file an amicus brief filed by the American Council on Education, the Association of American Universities, the Association of Public and Land-grant Universities, the College and University Professional Association for Human Resources, the Council for Christian Colleges & Universities, the Southern Association of Colleges and Schools Commission on Colleges and the Thurgood Marshall College Fund, it is **ORDERED** that the motion is hereby **GRANTED**.

                                              ENTERED BY ORDER OF THE COURT
                                              Kelly L. Stephens, Clerk

Issued: August 18, 2025