**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540

Kelly L. Stephens
Clerk

POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 22, 2025

Mr. Ryan Downton
The Texas Trial Group
875 Carr 693
Suite 103
Dorado, PR 00646

Mr. Daniel Epps
Wilkinson Stekloff
2001 M Street, N.W.
10th Floor
Washington, DC 20036

Mr. Salvador M. Hernandez
Riley & Jacobson
1906 West End Avenue
Nashville, TN 37203

Mr. Rakesh Kilaru
Wilkinson Stekloff
2001 M Street, N.W.
10th Floor
Washington, DC 20036

      Re:  Case No. 24-6153, *Diego Pavia v. NCAA*
              Originating Case No. : 3:24-cv-01336

Dear Counsel,

    The motion for an extension of time to file the supplemental briefs is granted.  The briefs shall be double spaced and shall not exceed 20 pages.  The briefs shall be filed no later than 5:00 PM EST on September 5, 2025.

                    Sincerely yours,

                    s/Kelly Stephens

                    Appeal Case Manager: Ryan
                    Direct Dial No. 513-564-7079

cc:  Ms. Jessica Lynn Ellsworth
     Mr. Reedy Swanson