Case No. 24-6153

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

DIEGO PAVIA

      Plaintiff - Appellee

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

      Defendant - Appellant


Upon consideration of motion to expedite oral argument,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.  Expedited oral argument will be held on Tuesday, September 16, 2025 at 10 AM in Nashville, TN.

        **ENTERED BY ORDER OF THE COURT**

        Kelly L. Stephens, Clerk

Issued: August 22, 2025